**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

|  |  |
|---|---|
| Tara Chapman | Case # 11-62216 |
|  | Chapter 13 |
| Debtor | Judge Caldwell |

**NOTICE OF CHANGE OF ADDRESS**

Now comes Tara Chapman, by and through counsel, and hereby notify the Court of her

new address.  The Debtor's mailing address is as follows:

Tara Chapman
3911 Mad River Road
Grove City, OH 43123

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtors
302 S. Main Street
Marysville, OH 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing Address Change was served by ECF service upon Frank Pees, Chapter 13 Trustee; U.S. Trustee's Office; and by regular U.S. Tara Chapman, 3911 Mad River Road, Grove City, OH 43123, this 7th day March 2016.

/s/ Amy E. Gullifer
Amy E. Gullifer